IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21 cv-00135-GNS
*(ELECTRONICALLY TENDERED)*

ADEM VELIC                                                                                    PLAINTIFF

VS.

ALLY AUTO and
UNIVERAL WARRANTY COMPANY                                              DEFENDANT

## AGREED ORDER OF DISMISSAL

This matter came before the Court, pursuant to the Joint Stipulation of Dismissal filed by the parties, and it appearing to the Court that all claims herein have been settled and resolved, hereby orders as follows:

IT IS HEREBY ORDERED AND ADJUDGED that the above-styled action is hereby dismissed, with prejudice.

Greg N. Stivers, Chief Judge
United States District Court

November 30, 2022

HAVE SEEN AND AGREED TO:

/s/*B. Alan Simpson*
B. ALAN SIMPSON
*Attorney for Plaintiff*

/s/ *Jonathan M. Kenney*
JONATHAN M. KENNEY
*Attorney for Defendants*

Clerk, please send copies to:

B. Alan Simpson               ☐
Jonathan M. Kenney         ☐

1